IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                         Senior Judge John L. Kane

Date: January 29, 2008                    Deputy Clerk: Bernique Abiakam
                                          Court Reporter: Darlene Martinez

---

Civil Action No.: 00-cv-01077-JLK-KLM

UNITED STATES OF AMERICA, ex rel,
ALI BAHRANI,                              George W. Parker
                                          Brian Ulmer (via telephone)

        Plaintiff/Relator,

v.

CONAGRA, INC.,
CONAGRA HIDE DIVISION,
CONAGRA BEEF COMPANIES, and
MONFORT, INC.,                            Darrell G. Waas
                                          Patricia Campbell

        Defendants.

---

## COURTROOM MINUTES

**Motions Hearing**

**10:04 a.m.**   **Court in session.**

Court calls case.

Court's preliminary comments.

Discussion regarding appointment of special master or court-appointed expert.

Discussion regarding bifurcation of original source jurisdiction issue.

**The Court advises counsel that they may file reply regarding specified issue of fines, on or before February 11, 2008.**

10:14 a.m.   Argument by Mr. Parker. Questions by the Court.

10:31 a.m.   Argument by Mr. Waas.  Questions by the Court.

10:43 a.m.   Argument by Mr. Parker.

10:48 a.m.   Conclusions by the Court.

**ORDERED:   Motion To Amend Answer To Second Amended Complaint And Certificate Of Compliance Pursuant To D.C.Colo.LCivR 7.1A (Filed 11/20/07; Doc. No. 184) is GRANTED.**

**ORDERED:   Request For Bifurcation is GRANTED.  Hearing on original source jurisdiction issue is set for April 28-29, 2008, at 9:00 a.m.**

The Court advises counsel that an Order of Reference shall be sent to Magistrate Judge Mix for settlement purposes and specified discovery issues.

**ORDERED:   Relator's Emergency Motion For Sanctions For Discovery Abuse (Filed 12/11/2007; Doc. No. 187) is REFERRED to Magistrate Judge Mix.**

**ORDERED:   Both parties have to and including February 19, 2008, to provide the Court with a list of 3 possible persons to serve as Special Master.**

**Counsel is advised by the Court that they may file briefs regarding the issue of a Special Master on or before February 8, 2008.**

**ORDERED:   The Final Trial Preparation Conference is set for March 10, 2008 at 10:00 a.m.**

**10:55 a.m.   Court in recess.**
Time in court - 00:51.  Hearing concluded.