IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-1077-JLK-KLM

UNITED STATES OF AMERICA, ex rel., ALI BAHRANI,

    Plaintiff(s),

v.

CONAGRA, INC.
CONAGRA HIDE DIVISION,
CONAGRA BEEF COMPANIES, and
MONFORT, INC.

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' Motion for Order Regarding Pending Motion for Protective Order [Docket No. 202; Filed February 11, 2008] (the "Motion"). Plaintiff filed a response on February 14, 2008 [Docket No. 205] and indicated that the Motion should be denied as moot because the Court ruled on the Motion for Protective Order on September 12, 2002 [Docket No. 73]. On February 15, 2008, Defendant filed a reply and acknowledged that the Court had previously granted the relief sought in the Motion [Docket Nos. 207 & 207-2]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

Dated: February 26, 2008