IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.,**
**CONAGRA HIDE DIVISION,**
**CONAGRA BEEF COMPANIES, and**
**MONFORT, INC.,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion for Leave to File Response to Defendants' Motion in Limine One Day Late (doc. #244), filed April 2, 2008, is GRANTED. Plaintiff's response is accepted as timely filed.

Dated: April 3, 2008