IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.,
CONAGRA HIDE DIVISION,
CONAGRA BEEF COMPANIES, and
MONFORT, INC.,**

    Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Relator's Motion to Strike or Continue Trial Date (Doc. 231) is **DENIED**.

    This matter is **set for a status/trial preparation conference** on the bifurcated April 28 - 29 original source jurisdiction issue trial at **10:00 a.m Friday, April 11, 2008 in Courtroom A-802, Alfred A. Arraj U.S. District Courthouse, 901 19th St., Denver, Colorado.** The subject matter of that status/trial preparation conference shall include any then-pending Motions in Limine (replies in support of which are due later today and Judge Kane may rule on one or more of those motions before the conference) as well as pretrial issues related to the nature and scope of the original source trial. A second conference may be set for the following week on the issue of jury instructions.

    In the meantime, Defendants' Motion to Require More Specific Disclosure by Relator of his Intentions Regarding Presentation of Witnesses and Exhibits at Trial (Doc. 239) is **GRANTED** as follows: Counsel for Relator shall notify defense counsel by the close of business (5 p.m.) Tuesday, April 8, 2008, regarding the *specific* witnesses and testimony he will or may call at the April 28-29 trial on the question of Relator's status as the original source of the beef export certificate issues that are the subject of his Complaint. Counsel for Conagra shall notify Relator's counsel regarding the *specific* witnesses and testimony Conagra will or may call on the same issue by the close of business (5 p.m.) the following day, Wednesday, April 9, 2008.

Dated: April 7, 2008