## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

Date: April 16, 2008                    Courtroom Deputy: Valeri P. Barnes
                                        Reporter: Adrienne Whitlow

Civil Case No. 00-cv-01077-JLK-KLM

UNITED STATES OF AMERICA,               George Parker, Jr.
*ex rel.* ALI BAHRANI,                  Bryan Ulmer, III

    Plaintiff,

v.

CONAGRA, INC.;                          Darrell Waas
CONAGRA HIDE DIVISION;                  Patricia Campbell
CONAGRA BEEF COMPANY; and
MONFORT, ING.,

    Defendants.

_____ _____

## COURTROOM MINUTES
_____

HEARING: Status/Trial Preparation Conference

**10:25 a.m.**     **Court in session.**

Argument on motions.

**ORDERED:** Defendants' Motion *in Limine* **(226)** is **granted.**

**ORDERED:** Relator's Motion *in Limine* to Preclude Evidence or Testimony that the Government did not Intervene in this False Claims Act Case **(227)** is **granted.**

**ORDERED:** Relator's Motion *in Limine* to Preclude Testimony that USDA or FBI did not Issue Citations to Defendants **(228)** is **granted.**

**ORDERED:** Relator's Motion *in Limine* to Preclude Testimony, Evidence and Argument Designed to Support a Claim that Relator is "Litigious" **(229)** is **granted in part and denied in part.**

**ORDERED:** Relator's Motion to Limit the Scope of Jurisdictional Hearing **(231-2)** is **denied.**

**ORDERED:** Relator's Motion *in Limine* to Prevent Argument or Evidence on Issues Already Decided by the 10th Circuit in this Case **(232)** is **denied without prejudice.**

**12:04 a.m.** **Court in recess/hearing concluded.**

Total in-court time: 1:39