| | |
|---|---|
| Date: April 23, 2008 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Adrienne Whitlow |

Civil Action No.: 00-cv-01077-JLK-KLM

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, ALI BAHRANI, | George W. Parker, Jr. |
| | Brian Ulmer |
| Plaintiff/Relator, | |
| v. | |
| CONAGRA, INC., CONAGRA HIDE DIVISION, CONAGRA BEEF COMPANIES, and MONFORT, INC., | Darrell G. Waas |
| | Patricia Campbell |
| Defendants. | |

# COURTROOM MINUTES

**Final Trial Preparation**

**10:07 a.m.    Court in session.**

Court calls case.

Court's preliminary comments.

**Jury Trial set for April 28-29, 2008 at 9:00 a.m.**

**ORDERED:** Defendants' Motion in Limine Regarding Allegations of Illegality of Changes to Certificates is GRANTED as specified.

Discussion regarding trial exhibits and jury instructions.

**ORDERED:** Submit a revised integrated set of instructions to Chambers by the morning of April 25, 2008.

The Court advises counsel regarding how to instruct the jury on plaintiffs' claims.

The Court allows counsel time to discuss the instructions and other issues in the the case.

**10:29 a.m.     Court in recess.**

**11:14 a.m.     Court in session.**

Discussion regarding proposed instruction and stipulations.

Further discussion regarding jury question.

**11:20 a.m.     Court in recess.**

**1:32 p.m.      Court in session.**

Statement by Mr. Waas regarding discussion with opposing counsel.

Statement by Ms. Campbell regarding deposition testimony.

Statement by Mr. Parker.

Further statement by Ms. Campbell regarding deposition testimony.

The Court advises counsel regarding testimony that will be permitted.

Discussion regarding proposed instructions (stipulations and modifications).

Counsel are advised to provide a sheet of stipulations to be read to the jury.

**The Court advises defendants' counsel to simplify Instruction ii and resubmit by Friday, April 25, 2008.**

Discussion regarding stipulations and objections to plaintiffs' and defendants' exhibits.

**2:38 p.m.      Court in recess.**
Hearing concluded.
Time in court - 01:34.