IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.; CONAGRA HIDE DIVISION; CONAGRA BEEF COMPANIES, and MONFORT, INC.,**

    Defendants.

## ORDER DIRECTING SERVICE BY U.S. MARSHAL

Kane, J.

The United States Marshal shall forthwith serve a Subpoena in Civil Action No. 00-cv-1077-JLK upon the following:

Penelope Rogers, 631 Maple Avenue, Box 293, Eaton, CO 80615, phone # 970-454-3522.

Defendants shall bear the costs and expenses of service.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT