IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Criminal Action No.: 00-cv-01077-JLK-KLM

UNITED STATES OF AMERICA, ex rel., ALI BAHRANI,

    Plaintiff/Relator,

v.

CONAGRA, INC.;
CONAGRA HIDE DIVISION;
CONAGRA BEEF COMPANY;
and MONFORT, INC.,

    Defendants.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 30 day of April 2008.

BY THE COURT:

John L. Kane, Senior Judge

Counsel for Plaintiff/Relator      Counsel for Defendants