IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.,
CONAGRA HIDE DIVISION,
CONAGRA BEEF COMPANIES, and
MONFORT, INC.,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendants' Motion to Vacate Trial Date (Doc. 290) is **DENIED**. The June 2, 2008 trial date is **CONTINUED**, however, for one week to June 9, 2008. In the interim, the parties shall **CONFIRM** their agreement to the June 2, 2008 settlement conference date recently offered by Magistrate Judge Mix, which date she is currently holding at this court's request.

    In addition to any requirements Magistrate Judge Mix may issue for the submission of amended settlement statements before June 2, counsel for Relator shall prepare a confidential assessment of the total recovery Relator could expect from a complete victory on his hide export certificate claims and an estimate of the costs and fees that would be expended from June 2 forward for taking those claims to trial for delivery to Magistrate Judge Mix within five days of the June 2 settlement conference. Counsel must also certify that Relator has been provided a copy of those assessments.

    Further briefing or motions on the issue of the special master, the scope of his duties, or expert discovery generally, are **HELD IN ABEYANCE** until after the settlement conference. If necessary, the parties should know that the court has time in September to try Relator's hide claims, if a further continuance is necessary. Meat export certificate claims will not be tried to the second jury, as it has already been determined the court lacks jurisdiction under the False Claims Act over them.

Dated: May 14, 2008