IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.,
CONAGRA HIDE DIVISION,
CONAGRA BEEF COMPANIES, and
MONFORT, INC.,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion (letter) to Quash Subpoena (doc. #302), filed by letter dated June 5, 2008, and entered in this court's docket on June 11, 2008, is GRANTED. The Subpoena issued by attorney, Robert A. Kraus to Helen Dee of Cerritos, California, is QUASHED.

Dated: June 13, 2008