IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.,
CONAGRA HIDE DIVISION,
CONAGRA BEEF COMPANIES, and
MONFORT, INC.,**

    Defendants.

---

# MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    Defendants' Motion in Limine to Exclude Evidence of Certificates Changed after the Term of Relator's Employment (Doc. 297) is **DENIED**. While the Court largely agrees with Defendants' analysis, given the procedural history of this case – and most particularly the Tenth Circuit's demonstrated inclination in the earlier interlocutory appeal to interpret the False Claims Act broadly, rather than narrowly – a determination that Bahrani cannot be the original source of reverse false claims that occurred beyond the time of his employment with Conagra invites an additional ground for appeal and may conflict with the law of the case. Accordingly, Bahrani may proceed to trial on all of the hide export certificates he claims contained major or significant errors or omissions that were properly remediable only through the securing of corrected replacement certificates (rather than making changes directly to the original), and not only those that were changed during his tenure at Conagra.

---

Dated: June 27, 2008