IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.; CONAGRA HIDE DIVISION; CONAGRA BEEF COMPANIES, and MONFORT, INC.,**

    Defendants.

---

**ORDER APPROVING PROPOSAL REGARDING
COURT-APPOINTED EXPERT**

---

Kane, J.

The Court has reviewed the Joint Proposal Regarding Court Appointed Expert (doc. #318), filed July 2, 2008, and approves the same. Pursuant to this Court's Order Appointing F.R.E. 706 Expert re Replacement Export Certificate "Obligation" Issue (doc. #314), entered on June 24, 2008, Dr. Gray shall proceed as set forth in the parties three-phase proposal set forth below:

**Phase I**

1. Dr. Gray shall be provided access to the 1,042 hide export certificates currently at issue. If consolidated, the files would fill approximately 50-60 boxes. Access shall be arranged as indicated below, or in a manner acceptable to Dr. Gray and the parties.

2. Rather than sending Dr. Gray such a large volume of documents, without any real understanding of how they are organized or maintained, the parties believe that if he

is willing, Dr. Gray should come to Denver for a few days (or however long he wants) to make an initial review of the original files which are maintained at Otten, Johnson's offices. Defendants will front this initial expense. Dr. Gray can then decide if he wants the remainder of the original files shipped to him, or if he would instead prefer to obtain copies of certain certificates to complete his review.

3. Prior to this initial file review, Dr. Gray should be sent Relator's Second Amended Complaint and Defendants' Amended Answer to Second Amended Complaint, the 10th Circuit's Opinion, the parties' expert reports and affidavits, and the parties' recently filed position statements on the meaning of "major" or "significant" changes.

4. At any time during or after the file review, Dr. Gray should feel free to ask questions of or request further information from the parties, either verbally or in writing. If the discussion is in person or via telephone, counsel for the opposing party should be included. If in writing, the opposing party should be copied on all correspondence.

5. Dr. Gray should not be allowed to contact the parties' experts until after the initial file review, so as not to prematurely influence his opinion. *(JLK)*

6. During the initial file review in Denver, the parties will provide Dr. Gray with a list of the main categories of changes seen on the hide certificates. They will also identify, by file number, the certificates containing each type of change. The certificates with more than one type of change will also be identified.

**Phase II**

1. After Dr. Gray has concluded his file review, but prior to issuing his report, the parties should be given an opportunity to present their positions on the materiality of the

various types of changes, and, if necessary, provide Dr. Gray with additional documentation. Dr. Gray can direct the Court and the parties about the appropriate timing for this Phase.

## Phase III

1.  Dr. Gray will issue his report, and the parties will be given the opportunity to depose him prior to trial.

Dated: July 10, 2008

> BY THE COURT:
>
> *S/John L. Kane*
> JOHN L. KANE, SENIOR JUDGE
> UNITED STATES DISTRICT COURT