IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **00-cv-1077-JLK-KLM**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,
v.

**CONAGRA, INC.; CONAGRA HIDE DIVISION; CONAGRA BEEF COMPANIES, and MONFORT, INC.,**

_____

**ORDER DENYING *ALLISON*-BASED MOTION FOR SUMMARY JUDGMENT**
_____

KANE, J.

    Having reviewed Defendants' Motion for Summary Judgment Based on June 9, 2008 Supreme Court Opinion (Doc 310), together with the briefs filed in support and in opposition thereof and the subject Supreme Court opinion, I **DENY** the Motion with the admonition that the issue raised will need to be addressed in the context of drafting appropriate jury instructions. Both Mr. Bahrani and Conagra, as well as the United States as interested party, are invited to submit additional briefing and a proposed jury instruction regarding the scienter necessary to proof of a reverse false claim under 31 U.S.C. § 3729(a)(7) with or without reference to the *Allison Engine* case. I am interested in an affirmative statement of what the necessary state-of-mind is for a *reverse* false claim under the Act. Arguments regarding the requisite scienter for a traditional false claim may or may not be germane.

    Citation to and analysis of secondary authority in this regard may be especially

helpful. *See e.g.* John T. Boese, *Civil False Claims and Qui Tam Actions* (2d ed. Aspen Pub. 1993 & 2004-2 Supp.).

Dated August 5, 2008.                    **s/John L. Kane**
                                         SENIOR U.S. DISTRICT JUDGE