IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-01077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.,
CONAGRA HIDE DIVISION,
CONAGRA BEEF COMPANIES, and
MONFORT, INC.,**

    Defendants.

## MINUTE ORDER RE MOTION TO QUASH OF HELEN DEE

Judge John L. Kane **ORDERS**

    The Motion of California resident Helen Dee to Quash the Subpoena issued to her to appear as a witness at the September 8, 2008 hide export certificate trial currently set in this case (Doc. 365) is **DENIED**.

    For the benefit of Ms. Dee, who submitted her motion in the form of a letter addressed to the Court and who is not represented by counsel, it is the Court's understanding from Mr. Bahrani's Response to her Motion (Doc. 366) that her presence as a live witness at the September 8 trial may not be necessary, but that this cannot be ascertained by counsel for Mr. Bahrani because Ms. Dee has declined so far to respond to counsel's attempts to speak with her. Unless other arrangements can be made, Ms. Dee should know that she may, in fact, be compelled to travel to Denver to be a witness, an event that all concerned clearly wish to avoid. Ms. Dee is therefore encouraged to speak with Mr. Bahrani's counsel on the subject matter of the Subpoena, or to secure her own counsel to speak with him on her behalf. Counsel for Mr. Bahrani, in turn, is encouraged to work with Ms. Dee and secure her trial testimony, if it is indeed deemed necessary to his case, by telephone or affidavit or some other means that will avoid her having to travel away from home, an even which would clearly be burdensome to her.

Dated: August 21, 2008