IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 00-cv-1077 JLK-KLM

UNITED STATES OF AMERICA, ex rel., ALI BAHRANI

    Plaintiff,

v.

CONAGRA, INC.;
CONAGRA HIDE DIVISION;
CONAGRA BEEF COMPANY;
and MONFORT, INC.,

    Defendants.

_____

**ORDER GRANTING DEFENDANTS' MOTION TO CALL WITNESS OUT OF ORDER**
_____

The Court, having reviewed the Defendants' Motion to Call Witness Out of Order (doc. #368), filed August 22, 2008, and being advised in the premises, hereby

ORDERS that said Motion is granted. Defendants shall be allowed to call Mariana Lambert out of order on Wednesday, September 10, 2008, if necessary.

DATED this 22nd day of August, 2008.

                BY THE COURT:

                *s/John L. Kane*
                United States District Court Judge