IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Date: August 27, 2008 | Reporter: Darlene Martinez |
| | Deputy Clerk: Valeri P. Barnes |

Civil Action No. 00-cv-01077-JLK-KLM

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ALI BAHRANI, | George Parker, Jr. Robert Krause George Ulmer, III |
| Plaintiff, | |
| v. | |
| CONAGRA, INC.; CONAGRA HIDE DIVISION; CONAGRA BEEF COMPANY; and MONFORT, INC., | Darrell Waas Patricia Campbell |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**FINAL PRETRIAL CONFERENCE**

**2:00 p.m.**     **Court in session.**

**ORDERED:** Defendants' Motion *In Limine* Regarding Proposed Testimony of Joyce W. Bowling, USDA Memo 594.1, and any Testimony or Documents Suggesting that Minor and Insignificant Changes Were or Are Prohibited **(328)** is **denied**.

**ORDERED:** Defendants' Motion *In Liminie* to Exclude Testimony of Relator's Expert Dr. Mark Mina **(334)** is **denied.**

**ORDERED:** Relator's Motion to Exclude Hearsay Testimony of Dr. Nelson **(346)** is **denied**.

**ORDERED:** Relator's Motion to Reassert Relator's Prior Motions *In Limine* and Replies and Responses to Defendants' Motions *In Limine* **(347)** is **denied**.

**ORDERED:** Relator's Motion *In Limine* to Preclude Testimony or Evidence that any Third Person or Corporation Committed Any of the Acts Alleged in the Complaint

     **(354)** is **confessed and therefore denied as moot**.

**ORDERED:** Defendants' Motion for More Specific Statement by Relator of His Intentions Regarding Proof at Trial **(363)** is **granted**.

**2:31 p.m.** **Court in recess.**
**2:35 p.m.** **Court in session.**

**ORDERED:** Objections to Proposed Jury Instruction 1-A due no later than **September 3, 2008**.

**ORDERED:** Jury Instructions Charging Conference set for **September 10, 2008, at 10:30 a.m.**

**ORDERED:** Due to the illness of Dr. Gray, the trial set for September 8, 2008, is **vacated** and reset to **March 9, 2009, at 9:00 a.m.**
    Final Trial Preparation Conference set for **February 27, 2009, at 10:00 a.m.**

**2:42 p.m.** **Court in recess/hearing concluded.**

Total in-court time: 00:38