**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  January 29, 2009

Deputy Clerk: Bernique Abiakam
Court Reporter: Gwen Daniel

---

Civil Action No.: 00-cv-01077-JLK-KLM

UNITED STATES OF AMERICA, ex rel,
ALI BAHRANI,

George W. Parker
Brian Ulmer (via telephone)
Bob Krause (via telephone)

      Plaintiffs,

v.

CONAGRA, INC.,
CONAGRA HIDE DIVISION,
CONAGRA BEEF COMPANIES, and
MONFORT, INC.,

Darrell G. Waas
Patricia Campbell

      Defendants.

---

**COURTROOM MINUTES**

---

**Motions Hearing**

**3:01 p.m.**    **Court in session.**

Court calls case.

Court's preliminary comments.

The Court advises counsel regarding the Tenth Circuit ruling and how it impacts the case.

The Court hears argument from the plaintiffs as to how Mr. Bahrani's current position would be impacted, specifically as to the upcoming trial, expert discovery, and the precise questions the jury would be expected to answer in the form of verdict.

3:07 p.m.        Argument by Mr. Parker.

3:17 p.m.        Argument by Mr. Ulmer.

Argument on **Defendants' Motion To Strike Relator's Ninth Supplemental Discovery Responses, Request For Status Conference And Renewed Motion *In Limine* Concerning Dr. Joyce Bowling** (Filed 12/30/08; Doc. No. 388).

3:21 p.m.        Argument by Mr. Waas.

3:25 p.m.        Argument by Mr. Parker.

3:28 p.m.        Argument by Mr. Ulmer.

3:32 p.m.        Comments by the Court.

**ORDERED**:   **Defendants' Motion To Strike Relator's Ninth Supplemental Discovery Responses, Request For Status Conference And Renewed Motion *In Limine* Concerning Dr. Joyce Bowling** (Filed 12/30/08; Doc. No. 388) is GRANTED in PART and DENIED in PART, as specified.

Further comments by the Court.

Discussion regarding permitted testimony and trial preparation.

**ORDERED:**   **The Final Trial Preparation Conference is set for February 13, 2009 at 10:00 a.m.**

**ORDERED:**   **The follow-up Final Trial Preparation Conference is set for February 27, 2009 at 10:00 a.m.**

**3:48 p.m.        Court in recess.**
Hearing concluded.
Time in court - 00:47.