IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.,
CONAGRA HIDE DIVISION,
CONAGRA BEEF COMPANIES, and
MONFORT, INC.,**

    Defendants.

---

## MINUTE ORDER
---

Judge John L. Kane ORDERS

    Relator's Motion to Enforce Court's Prior Order Prohibiting *Ex Parte* Contact Between Defense Counsel and the Court Appointed Expert (Doc. 397) is **DENIED** as **MOOT**. As represented, only logistical questions no matters of substance have been discussed ex parte by Dr. Gray and defense counsel, and no violation of the court's Order is apparent. As previously ordered, all counsel are permitted to assist the court-appointed expert regarding access to materials and to inform him of court hearings and due dates and to advise one another of any such contacts.

_____

Dated February 2, 2009.