IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.,**
**CONAGRA HIDE DIVISION,**
**CONAGRA BEEF COMPANIES, and**
**MONFORT, INC.,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

    With regard to Relator's recent filings, Defendants shall respond to the Motion in Limine re Dr. Gray (Doc. 430) and the Motion for Reconsideration of Admittance of Defendants' Exhibit K: Affidavit of Brad Schmeh (Doc. 429) on or before Wednesday, March 4, 2009.

    Relator's Request for Clarification (Doc. 428) is GRANTED and the Court's expectations regarding attempts to contact Dr. Gray CLARIFIED to state that the parties should treat Dr. Gray as if he were the other side's designated expert.

_____

Dated March 2, 2009.