IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| Date: February 27, 2009 | Deputy Clerk: Bernique Abiakam |
|---|---|
| | Court Reporter: Kara Spitler |

Civil Action No.: 00-cv-01077-JLK-KLM

| UNITED STATES OF AMERICA, ex rel, ALI BAHRANI, | George Brian Ulmer, III |
|---|---|
| | George W. Parker, Jr. |
| | Robert A. Krause |
| Relator, | |
| v. | |
| CONAGRA, INC., CONAGRA HIDE DIVISION, CONAGRA BEEF COMPANIES, and MONFORT, INC., | Darrell G. Waas |
| | Patricia Campbell |
| Defendants. | |

## COURTROOM MINUTES

**Final Trial Preparation**

**10:09 a.m.   Court in session.**

Court calls case.

Preliminary remarks by the Court.

Discussion regarding caption and actual named Defendants in the case.

Counsel advise the Court that Conagra Foods, Inc. is not an actual named Defendant name in the case.

**ORDERED: Relator's Motion To Strike Dr. Gray As An Expert Witness (Filed 2/25/09; Doc. No. 425) is DENIED, as specified.**

Discussion regarding Jury Instructions.

Discussion regarding Relator's Written Objection To Defendants' Proposed Instruction Re: "Government Knowledge" (Filed 2/27/09; Doc. No. 427).

The Court ORDERS on Relator's objections as follows:

Defendants' Exhibit D is ADMITTED.

Defendants' Exhibit F is ADMITTED only after redactions, as specified.

Ruling on Defendants' Exhibit G is RESERVED until trial.

Defendants' Exhibit H is ADMITTED.

Defendants' Exhibit I is ADMITTED.

Defendants' Exhibit J is ADMITTED pending witness testimony, as specified.

Defendants' Exhibit K is ADMITTED.

Defendants' objections to relator's trial exhibits are deemed OVERRULED and ADMITTED.

Further discussion regarding instructions.

Discussion regarding depositions.

Discussion regarding designation of deposition testimony of Helen Dee.

Discussion regarding expected duration of trial.

**11:43 a.m.    Court in recess.**
Hearing concluded.
Time in court - 1 hour 34 minutes