IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **00-cv-1077-JLK**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.,**
**CONAGRA HIDE DIVISION,**
**CONAGRA BEEF COMPANIES, and**
**MONFORT, INC.,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

    Relator's Motion in Limine re Dr. John Gray (Doc. 430) filed March 1, 2009, is DENIED.

    Regarding the Motion for Reconsideration of Admittance of Defendants' Exhibit K: Affidavit of Brad Schmeh (Doc. 429) filed March 1, 2009, upon reconsideration, the ruling is reiterated. The exhibit is ADMITTED.

Dated March 5, 2009