IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Criminal Action No.: 00-cv-01077-JLK-KLM

UNITED STATES OF AMERICA, ex rel., ALI BAHRANI

    Plaintiff/Relator,

v.

CONAGRA, INC.;
CONAGRA HIDE DIVISION;
CONAGRA BEEF COMPANY;
and MONFORT, INC.,

    Defendants.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this **17** day of March 2009.

                BY THE COURT:

                _/s/ John L. Kane_
                John L. Kane, Senior Judge

_/s/_                _/s/_
Counsel for Plaintiff/Relator    Counsel for Defendants