IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 00-cv-1077 JLK-KLM

UNITED STATES OF AMERICA, ex rel., ALI BAHRANI

    Plaintiff,

v.

CONAGRA, INC.;
CONAGRA HIDE DIVISION;
CONAGRA BEEF COMPANY;
and MONFORT, INC.,

    Defendants.

_____

**ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON MOTION AND CROSS MOTION FOR ATTORNEY FEES AND COSTS**
_____

I have carefully reviewed the "Recommendation of United States Magistrate Judge (doc. #525), the Relator's Objections thereto (doc. #532), and the Defendants' Response to Relator's Objections (doc. #539). I find oral argument or a court hearing is unnecessary to a just ruling on the Objections and this matter can be fully and fairly determined on the briefs.

Upon review, I find no error in the Recommendation. The Objections are overruled and the Recommendation is received, approved and adopted by the court *in toto* as its Order.

DATED: August 28, 2009

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    United States District Court Judge