IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **00-cv-1077-JLK-KLM**

**UNITED STATES OF AMERICA, ex rel, ALI BAHRANI,**

    Plaintiffs,

v.

**CONAGRA, INC.; CONAGRA HIDE DIVISION; CONAGRA BEEF COMPANY; and**
**MONFORT, INC.,**

    Defendants.

_____

**ORDER**
_____

Kane, J.

In conformance with the Tenth Circuit's directives in *U.S. ex. rel. Bahrani v. ConAgra, Inc.*, 624 F.3d 1275 (10th Cir. 2010), the Mandate for which was issued today, December 20, 2010, JUDGMENT SHALL ENTER in favor of Defendants on Relator's hide export certificate claims.  This case is, and remains, otherwise CLOSED.

Dated:  December 20, 2010.    **s/John L. Kane**
                                                  SENIOR U.S. DISTRICT JUDGE